GUSTAVO L. MARTINEZ, City Attorney (SBN 173340)
**KRISTINA O. LAMBERT, Senior Deputy City Attorney (SBN 290403)**
klambert@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.G., a minor, by and through his Guardian Ad Litem, CHARLES BOLTON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; and DOES 1-50, inclusive.<br><br>Defendant. | Case No.: 2:26-cv-01641 AC<br><br>**JOINT STIPULATION FOR COURT ORDER** |

1. Plaintiff K.G. ("K.G.") and Defendant CITY OF SACRAMENTO ("City")(collectively the "Parties") submit the following Joint Stipulation for a Court Order allowing City to produce certain records that have been sealed pursuant to California Welfare & Institutions Code 786.5.

2. K.G. alleges claims for excessive force (42 U.S.C. 1983), false detention/arrest (42 U.S.C. § 1983), Bane Act violation (Cal. Civ. Code section 52.1), negligence, and battery arising from an event in which K.G. alleges City of Sacramento Police Department officers detained and used force on K.G.

3. On or around August 4, 2026, K.G. served discovery requests in the form of Special Interrogatories, Set One, and Requests for Production, Set One, on City. Pursuant to agreement, the City's responses were served October 7, 2026.

4. While preparing its responses, the City became aware that some responsive documents and related records, including but not limited to the incident report, Body Worn Camera Footage, and Vehicle Camera Footage, were under seal pursuant to California Welfare & Institutions Code section 786.5 (the "Sealed Materials"). The City alerted K.G. to this issue.

5. The Parties agree that K.G., as the person whose record has been sealed, may Petition this Court to permit inspection of the sealed records as permitted by Welfare & Institutions Code §786(g)(1)(F).

6. The Parties further agree that the disclosure of these records is necessary for the Parties to be able to evaluate the various claims and defenses alleged in this matter.

7. The Parties have executed and filed a Stipulated Protective Order (ECF No. 16), and agree that any records produced in accordance with this Order will be designated Confidential.

8. The Parties therefore stipulate to this Court ordering the disclosure of the Sealed Materials.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 10/14/26

*/s/ Briana L. Cravanas*

Lateef H. Gray
Briana L. Cravanas
Attorneys for Plaintiff

DATED: 10/14/26

/s/ Kristina O. Lambert

Kristina O. Lambert
Senior Deputy City Attorney
Attorneys for Defendant
CITY OF SACRAMENTO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 15, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE